# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 830 MAL 2014
:
     Respondent  :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
   v.     :
:
:
:
DANIEL SCOTT HANLEY,  :
:
     Petitioner  :

## ORDER

**PER CURIAM**

  **AND NOW**, this 2nd day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.